NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VIOLET L. COURDUFF,                    )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-234
                                       )
SARASOTA COUNTY, a political           )
subdivision of the State of Florida,   )
                                       )
          Appellee.                    )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Sarasota
County; Kimberly C. Bonner, Judge.

Violet L. Courduff, pro se.

Stephen E. DeMarsh, County Attorney, and
David M. Pearce, Assistant County Attorney,
Sarasota, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.